**Order entered October 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01422-CV

**BANK OF THE WEST, Appellant**

**V.**

**TXS UNITED HOUSING PROGRAM, INC., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-04636**

## ORDER

In its brief on the merits, appellant Bank of the West complains of the trial court's failure to make findings of fact and conclusions of law, despite the Bank's timely request. *See* TEX. RS. CIV. P. 296, 297. Because a trial court has a mandatory duty to file findings of fact and conclusions of law upon proper request, *see Landerman v. State Bar of Tex.*, 247 S.W.3d 426, 430 (Tex. App.—Dallas 2008, pet. denied), we **ORDER** the Honorable Ken Molberg, Judge of the 95th Judicial District Court of Dallas, Texas to make his findings of fact and conclusions of law **within thirty (30) days of the date of this order.** The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court **within forty-five (45) days of the date of this order.**

Appellant shall file any amended or supplemental brief thirty days after the record in this Court is complete.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Molberg and all counsel of record.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated forty-five days from the date of this order or when the Court receives the findings of fact and conclusions of law, whichever occurs sooner.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE